UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VALENTINA ALVAREZ GARCIA,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility, PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, SIRCE OWEN, Acting Director, Executive Office for Immigration Review, KRISTI NOEM, Secretary of the Department of Homeland Security, and PAMELA BONDI, Attorney General of the United States;<br><br>Respondents. | Civil Action No. 1:25-cv-13989-BEM |

## ABBREVIATED RESPONSE TO HABEAS PETITION

Petitioner Diana Valentina Alvarez Garcia has filed a Petition for Writ of Habeas Corpus challenging her immigration detention and seeking a bond hearing. *See generally* Doc. No. 1. Respondents submit that the legal issues presented in this Petition are similar to those recently addressed by this Court in *Martinez v. Hyde*, No. 25-cv-11613-BEM, __ F. Supp. 3d __, 2025 WL 2084238 (D. Mass. July 24, 2025), and *Romero v. Hyde*, No. 25-cv-11631-BEM, __ F. Supp. 3d __, 2025 WL 2403827 (D. Mass. August 19, 2025). Should the Court follow its reasoning in *Martinez* and *Romero*, it would reach the same result here. Accordingly,

1

Respondents submit that the Court may resolve this Petition without further briefing or oral argument.[1]

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | LEAH B. FOLEY<br>United States Attorney |
| Dated: January 2, 2026    By: | /s/ Shawna Yen<br>Shawna Yen<br>Assistant United States Attorney<br>United States Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: 617-748-3100<br>Email: Shawna.Yen@usdoj.gov |

**CERTIFICATE OF SERVICE**

    I, Shawna Yen, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: January 2, 2026    By:  /s/ Shawna Yen
Shawna Yen
Assistant United States Attorney

---

[1] Respondents reserve all rights, including the right to appeal, and incorporate by reference the legal arguments they presented in *Martinez* and *Romero*. Respondents will provide further briefing on any issue that Respondents did not address in *Martinez* and *Romero* if the Court would like Respondents to do so.

2