UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANA VALENTINA ALVAREZ GARCIA )<br>    Petitioner, )<br>)<br>v. )<br>)<br>ANTONE MONIZ, *Superintendent,* )<br>*Plymouth County Correctional Facility,* )<br>PATRICIA HYDE, *Acting Field Office Director,* )<br>*Immigration and Customs Enforcement, Boston,* )<br>TODD LYONS, *Acting Director of U.S.* )<br>*Immigration and Customs Enforcement*, )<br>SIRCE OWEN, *Acting Director, Executive Office* )<br>*for Immigration Review,* )<br>PAMELA BONDI, *U.S. Attorney General*, and )<br>KRISTI L. NOEM*, Secretary of the U.S.* )<br>*Department of Homeland Security*, )<br>    Respondents. ) | CIVIL ACTION NO.<br>25-13989-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

    In accordance with this Court's Order (ECF #10) issued on January 5, 2026, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

                                                    BY THE COURT,

                                                   ***/s/ Marlene Martins***

DATED:   January 5, 2026                       Deputy Clerk